# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **BILLY HAMMOCK,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | 5:01-CV-389 (WDO) |
| | : | |
| **VICTOR WALKER, et al.,** | : | |
| Defendants | : | |

## ORDER

Plaintiff Hammock filed this case alleging various constitutional violations by the prison officials where he was incarcerated.  The matter is now before the Court on the Magistrate Judge's Report and Recommendation to grant the Defendants' motion for summary judgment and to dismiss this case in its entirety.  The Recommendation was mailed to the last prison address given by the Plaintiff but was returned because Plaintiff has been released.  The Recommendation was thereafter mailed to the address given by the Plaintiff on his most recent response to the Defendants' motion for summary judgment.  However, Plaintiff has since failed to file an objection to the Recommendation, or to file any further response whatsoever.  Accordingly, having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and this case is dismissed.

**SO ORDERED this 14th day of June, 2005.**

**S/Wilbur D. Owens, Jr.**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**