IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| BILLY HAMMOCK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:01-CV-389 MTT |
| VICTOR WALKER, et al., | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Leave to Appeal (Doc. 129). An Order (Doc. 116) was entered in this case on June 14, 2005 wherein this Court "grant[ed] the Defendants' motion for summary judgment and . . . dismiss[ed] this case in its entirety." The clerk entered judgment against the Plaintiff that same day. As it has been over five years since this case was terminated, any and all time limits on appeals have since expired. Therefore, the Plaintiff's Motion for Leave to Appeal (Doc. 129) is **DENIED**.

**SO ORDERED**, this the 12th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch